IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ASTRID TAYLOR,<br><br>Defendant. | **Case No.:** CR 12–436 EMC<br><br>**[PROPOSED] STIPULATED ORDER CONTINUING HEARING AND UNSEALING** |

The above-entitled matter is currently has two hearings scheduled for August 16, 2017, one before the Honorable Judge Laporte at 9:30 am and one before the Honorable Judge Chen at 2:30 pm. Due to the availability of counsel, the defense requests that the matters be continued until August 23, 2017.

The government and probation have no objection to this proposed continuance.

The documents supporting the instant Form 12 shall be unsealed and made available to the government and the defendant.

Therefore, for good cause shown the hearing currently scheduled on August 16, 2017 shall be vacated. The matter shall be continued until August 23, 2017.

\\

\\

\\

\\

\\

\\

IT IS SO ORDERED.

August 15, 2017
Dated

EDWARD M. CHEN
United States District Judge

_____
Dated

ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO STIPULATED.

August 14, 2017
Dated

BRIAN J. STRETCH
United States Attorney
Northern District of California

/S
DAVID COUNTRYMAN
Assistant United States Attorney

August 14, 2017
Dated

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S
GALIA AMRAM
Assistant Federal Public Defender