STEVEN KALAR
Federal Public Defender
GALIA AMRAM
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant TAYLOR

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 12–436 EMC |
| Plaintiff, | [PROPOSED] STIPULATED ORDER ADVANCING HEARING |
| v. | |
| ASTRID TAYLOR, | |
| Defendant. | |

The above-entitled matter is currently scheduled for September 27, 2017. Due to the availability of counsel, the defense requests that the matter be advanced to September 20, 2017 at 2:15 p.m.

The government and U.S. Probation Officer Alex Gerstel have no objection to this proposed advancement.

Therefore, for good cause shown the hearing currently scheduled on September 27, 2017 shall be vacated. The matter shall be advanced to September 20, 2017 at 2:15 p.m.

//

//

//

//

//

IT IS SO ORDERED.

9/11/17
Dated

EDWARD M. CHEN
United States District Judge

IT IS SO STIPULATED.

September 8, 2017        BRIAN J. STRETCH
Dated                    United States Attorney
                         Northern District of California

                                  /S
                         DAVID COUNTRYMAN
                         Assistant United States Attorney

September 8, 2017        STEVEN G. KALAR
Dated                    Federal Public Defender
                         Northern District of California

                                  /S
                         GALIA AMRAM
                         Assistant Federal Public Defender